FORM C9B
1GGP980766 – GLENN A. GARBER P.C.

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

JOHN PORTES,

    PLAINTIFF

– vs. –

CITY OF NEW YORK ET AL,

    DEFENDANT

Index No: **08CV02817**
Date Filed: **03/17/2008**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/09/2008** at **3:28PM** at **100 CHURCH STREET 4TH FLOOR, NEW YORK, NY 10007**, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **NEW YORK CITY POLICE DEPARTMENT** the **DEFENDANT** therein named by delivering to, and leaving personally with **AMANDA GONZALEZ, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**    COLOR: **WHITE**    HAIR: **BLACK**
    APP. AGE: **25**    APP. HT: **5'4**    APP. WT: **120**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on **06/10/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML