```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
JOHN PORTES,

                    Plaintiff,

        - against -                              O R D E R

CITY OF NEW YORK, OFFICER MICHAEL COUSIN-        08 Civ. 2817 (NRB)
HAYES, MICHAEL COUSIN-HAYES, ANGELICA
SALMERON, JOHN DOES, RICHARD ROES,

                    Defendants.
--------------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The parties in this case having reached a settlement as stated on the record during a conference on February 5, 2009, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed with the Court retaining jurisdiction to enforce the settlement.

Dated:   New York, New York
         February 9, 2009

                                         _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE